IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BURNETT DAIRY COOPERATIVE,<br><br>      Plaintiff,<br>vs.<br><br>BERKLEY NATIONAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 22-cv-569-jdp<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the parties have reached a settlement on this matter, pending agreement on the final terms of a written settlement agreement and release. A stipulation of dismissal with prejudice will be submitted upon receipt of the settlement funds, which we anticipate will be filed in approximately 45 days.

*Respectfully Submitted,*

**SAURO & BERGSTROM, PLLC**

Dated: March 11, 2024.        By:   /s/Adina R. Bergstrom
                                            Brenda M. Sauro
                                            State Bar No. 1097388
                                            Adina R. Bergstrom
                                            MN Bar No. 0377833
                                            Brock P. Alton
                                            State Bar No. 1084892
                                            988 Inwood Avenue North
                                            Oakdale, MN 55128
                                            Telephone: 651-389-9915
                                            Brenda@saurolaw.com
                                            Adina@saurolaw.com
                                            brock@saurolaw.com
                                            ***Attorneys for Plaintiff***